### HOLLIDAY, ADMINIISTRATOR, *vs.* ANGLIN.

COMPLAINT FOR LAND, FROM JACKSON. New Trial. (Before Judge Hutchins.)

Hall, J.—Two juries having found for the plaintiff in this case, there being enough evidence to sustain the finding, and the Court below having refused a new trial, this Court will not interfere. 60 Ga., 242.

Judgment affirmed.

S. B. Thurmond; Pope Barrow, for plaintiff in error.

J. & H. Cobb; W. I. Pike; Alex S. Erwin for defendant.